Entered on Docket
April 12, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
APR 11 2007
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re:

Keravision Inc.

Debtor(s)

Case No: 01-41564-T-7

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Heidi Paulsen, in the amount of $2,127.48 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Heidi Layne C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,127.48, to:

Heidi Layne f/k/a Heidi Paulsen
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

Dated: 4/11/07

United States Bankruptcy Judge

Case: 01-41564    Doc# 463    Filed: 04/11/07    Entered: 04/12/07 14:37:23    Page 1 of 9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Keravision Inc.

Case No: 01-41564-T-7

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Heidi Layne, claimant, hereby petitions the Court for $2,127.48, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Heidi Paulsen, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Heidi Paulsen at 2451 NW Norwood Pl., Camas, WA 98607. That address is no longer valid. The change of address prevented delivery of the original dividend check. Exhibit A is evidence that Heidi Paulsen once used that address. In addition, Heidi Paulsen has married and changed her name to Heidi Layne, as evidenced by exhibit B.

The Creditor's mailing address at the time the claim was filed with the Court was:
Heidi Paulsen
2451 Nw Norwood Pl.
Camas, WA 98607

The claimant's current mailing address is:
Heidi Layne
2928 NW Pacific Rim Dr.
~~Camas, WA 98607~~
360-212-3407
Last four digits of SS#/Tax ID: 7553

Dated: 4/4/2007

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027-0125
(425) 836-5728

Subscribed and Sworn Before Me this 4 day of April, 20 07.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

2

LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
P.O. Box 12754
Oakland, CA 94604
(510) 452-6498
(510) 452-6599 fax
loisbrady@sbcglobal.net

In Propria Persona

FILED
MAR - 1 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

KERAVISION INC

Debtor.

Case No: 01-41564-T-7
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $59,658.67. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 58 | Sun Life of Canada<br>1 Sun Life Executive Park<br>Wellesley Hills MA 02481 | 6,757.55 ← RD |
| 21 | Recall Northern California<br>PO Box 101184<br>Atlanta GA 30392-1184 | 1,297.93 ← JH |
| 59 | Shred-It<br>1538 Gladding Court<br>Milpitas CA 95035 | 338.44 |
| 143 | NASD<br>Finance Dept<br>9509 Keywest Ave<br>Rockville MD 20850 | 21,000.46 ← RD |
| 152 | Kemper Insurance Co.<br>C/O T Kellan Grant<br>225 2 Wacker Dr | 3,987.01 ← JH |

| | | | |
|---|---|---|---|
| | | Chicago IL 60606 | |
| | 68 | Health Canada Sante Canada<br>Hpb Bldg 7<br>Tunney's Pasture<br>Ottawa On K1a 0I2 Canada | 111.97 |
| | 39 | Video Monitoring Services<br>330 W 42nd St<br>New York NY 10036 | 304.14 |
| | 159 | Central Distribution Co.<br>Pmb 552<br>13659 Victory Blvd<br>Van Nuys CA 91408 | 3,359.18 «← JH |
| | 196 | Leonardo Del Mundo<br>32925 Monrovia St<br>Union City CA 94587 | 1,263.45 «← RD |
| | 175 | RazorFish Inc.<br>101 Main Street #9<br>Cambridge, MA 02142-1519 | 7,838.08 «← JH |
| | 208 | Paul Karpecki OD<br>11115 W 109th St<br>Overland Park KS 66210 | 4,711.43 «← JH |
| | 316 | Technology Distribution Systems<br>645 Dado St<br>San Jose CA 95131 | 2,985.75 «← RD |
| | 156 | Mas Enterprises<br>7263 Spoonbill Lane<br>Carlsbad CA 92009 | 3,359.18 «← RD |
| | 211 | Margaret Hand<br>31816 Robert<br>Thousand Palms CA 92276 | 216.62 |
| | 177 | Heidi Paulsen<br>2451 Nw Norwood Pl<br>Camas WA 98607 | 2,127.48 ↩ JH |

The total of the unclaimed dividends is $59,658.67.

Dated: February 28, 2007

*/s/ L. Brady*
Lois I. Brady
Chapter 7 Trustee

Case: 01-41564    Doc# 463    Filed: 04/11/07    Entered: 04/12/07 14:37:23    Page 4 of 9

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

RE: Keravision Inc.

Debtor(s)

Case: 01-41564-T-7

**AUTHORITY TO ACT**
Limited Power of Attorney
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Heidi Layne f/k/a Heidi Paulsen** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,127.48** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Heidi Layne_ (signature)        3/29, 20 07
Heidi Layne                       Date
Tax ID: XXX-XX-7553

---

### ACKNOWLEDGMENT

STATE OF Washington )        COUNTY OF Clark )

On this 29th day of March, 2007, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Heidi Layne known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Tamara A Baffaro_
Residing at Vancouver, WA
My Commission expires 02/08/2011

> NOTARY PUBLIC
> STATE OF WASHINGTON
> **TAMARA A. BAFFARO**
> My Appointment Expires 02 / 08 / 2011

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keravision Inc.<br><br>Debtor(s) | Case No: 01-41564-T-7<br><br>Chapter 7<br><br>AFFIDAVIT OF SERVICE |

Notice is hereby given that on 4/4/2007 a copy of the Application claiming funds in the amount of $2,127.48, on behalf of Heidi Layne, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/4/2007

*[signature]*
Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027



**VANCOUVER TOYOTA · SCION**
10009 N.E. FOURTH PLAIN
VANCOUVER, WA 98662
(360) 253-4440
(800) 466-4872

HEIDI I PAULSEN
DENNIS G LAYNE
2451 NW NORWOOD PL
CAMAS, WA 98607

SERVICE ADVISOR: JEFF GREENBERG

| REPAIR ORDER WRITTEN | DATE READY | STOCK NO. | VEHICLE IDENTIFICATION | CUST. NO. | TAG NO. | P.O. NO. | INVOICE PRINTED | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 01OCT04 | 01OCT04 | 18582 | | 230277 | | | 01OCT04 | 276322 |

| TIME IN | TIME READY | YEAR | MAKE & MODEL | TELEPHONE NO. | CUST. PAY LABOR RATE | DELIVERY DATE | PREPARED BY | S/A |
|---|---|---|---|---|---|---|---|---|
| 10:03 | 11:12 | 04 | TOYOTA RAV4 | | 0.00 | 23MAY04 | 3132 | 3188 |

| MILEAGE IN | MILEAGE OUT | LICENSE NO. |
|---|---|---|
| 4665 | 4665 | |

| | TECH. | TYPE | HOURS | LIST/UNIT | NET/UNIT | TOTAL |
|---|---|---|---|---|---|---|
| A PERFORM OIL CHANGE, REPLACE OIL FILTER AND LUBRICATE NECESSARY COMPONENTS | | | | | | |
| MEXP PERFORM OIL CHANGE, REPLACE OIL FILTER AND LUBRICATE NECESSARY COMPONENTS | 3175 | CX | | | 14.01 | 14.01 |
| 1 90915-YZZA2 FILTER S/A, OIL | | | | 6.95 | 6.95 | 6.95 |
| 5 OIL OIL 10/30 (QT) | | | | 1.50 | 1.50 | 7.50 |
| 1 12019 O.P.G. GASKET | | | | 0.65 | 0.65 | 0.65 |
| B RESET MAINT. LIGHT 100 COMPLETED | 3175 | IPS | | | | (N/C) |
| CUSTOMER PAY SHOP SUPPLIES & HAZARDOUS WASTE FO | | | | | | 0.84 |



PAID OCT 01 2004 #5850

\*\* PRE-INVOICE \*\*

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 14.01 |
| PARTS AMOUNT | 15.10 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.84 |
| TOTAL CHARGES | 29.95 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 2.30 |
| PLEASE PAY THIS AMOUNT | 32.25 |

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assume nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE X

**TOYOTA / scion**

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

Exhibit A
Page 1 of 1

(SIGNED) CUSTOMER DEALER GENERAL MANAGER OR AUTHORIZED PERSON  DATE

1846597
Page: 1 of 1
08/26/2005 12:34P
MARRC  0.00   Mason Co, WA

1837923
Page: 1 of 1
05/20/2005 10:40A
NO MASON CHAMBER OF COMMERCE MARRA  54.00  Mason Co, WA

State of Washington
County of Mason

I, Allen T. Brotche, for Mason County, do hereby certify that this instrument is a true and correct copy of the original as the same now appears on file and of record in the Auditor's Office.

In testimony whereof, I have hereunto set my hand and affixed the seal this 26th day of Aug 2005.

Allen T. Brotche
Mason County Auditor

# CERTIFICATE OF MARRIAGE
Please type or print clearly in permanent black ink.

Washington State Department of Health

**State File Number:**

**COUNTY OF LICENSE:** Mason
**DATE VALID:** 5/23/05
**NOT VALID AFTER:** 7/20/05

**OFFICIANT** - I certify the persons named below were married on....

1. **DATE OF MARRIAGE (MO/DAY/YR):** 06/25/05
2. **COUNTY OF CEREMONY:** KING
3. **TYPE OF CEREMONY:** ☒ Civil
4. **DATE SIGNED (MO/DAY/YR):** 06/25/05
5. **OFFICIANT'S NAME (PRINT):** EUGENE BOLSTAD
6. **OFFICIANT'S SIGNATURE:** X Eugene H. Bolstad
7. **OFFICIANT'S ADDRESS:** 12003 N.E. 35th Street, Vancouver, WA 98682

## GROOM
8. **GROOM'S NAME:** DENNIS GENE LAYNE
9. **CURRENT RESIDENCE ADDRESS:** 2928 NW PACIFIC RIM DRIVE
10. **DATE OF BIRTH:** [redacted]
11. **BIRTHSTATE:** WASHINGTON
12. **CITY/TOWN:** CAMAS
13. **INSIDE CITY LIMITS:** ☒ Yes
14. **COUNTY:** CLARK
15. **STATE:** WA
16. **FATHER'S NAME:** JOHN LAYNE
17. **BIRTHSTATE:** ILLINOIS
18. **MOTHER'S MAIDEN NAME:** CAROL MIDDLETON
19. **BIRTHSTATE:** WASHINGTON
20. **GROOM'S SIGNATURE:** X [signature]
21. **DATE SIGNED:** 6/25/05

## BRIDE
22. **BRIDE'S NAME:** HEIDI INGRID PAULSEN
23. **MAIDEN NAME:** PAULSEN
24. **CURRENT RESIDENCE ADDRESS:** 2928 NW PACIFIC RIM DRIVE
25. **DATE OF BIRTH:** [redacted]
26. **BIRTHSTATE:** CALIFORNIA
27. **CITY/TOWN:** CAMAS
28. **INSIDE CITY LIMITS:** ☒ Yes
29. **COUNTY:** CLARK
30. **STATE:** WA
31. **FATHER'S NAME:** DALE PAULSEN
32. **BIRTHSTATE:** CALIFORNIA
33. **MOTHER'S MAIDEN NAME:** BETTE PAOLI
34. **BIRTHSTATE:** CALIFORNIA
35. **BRIDE'S SIGNATURE:** X Heidi [signature]
36. **DATE SIGNED:** 6-25-05
37. **WITNESS' SIGNATURE:** X [signature]
38. **WITNESS' SIGNATURE:** X Heather [signature]
39. **COUNTY AUDITOR'S SIGNATURE:** X [signature] - deputy
40. **DATE RECEIVED:** 8-26-05

DOH/CHS 009-REV 6/2003

Exhibit B
Page 1 of 1

Case: 01-41564   Doc# 463   Filed: 04/11/07   Entered: 04/12/07 14:37:23   Page 9 of 9