**Entered on Docket**
May 30, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 29 2007

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ) Case No. 01-41564
Keravision, Inc., ) (Chapter 7)
)
DEBTOR(S) )

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the application of NASD (Fed. ID# 53-0088710) (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the amount of $21,000.46) be paid to NASD c/o American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

Dated this 29th day of May, 2007.

_Leslie Tchaikovsky_
United States Bankruptcy Judge

CC: Financial Administrator
American Property Locators, Inc.
Mr. J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ) Case No. 01-41564
Keravision, Inc.,  ) (Chapter 7)

DEBTOR(S)

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

NASD (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $21,000.46. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347. The Trustee's report listed the claimant's address as Finance Dept, 9509 Keywest Ave, Rockville, MD. The Claimant's current name, address, telephone number and contact is: NASD, 9509 Keywest Ave, Rockville, MD 20850, (240) 386-5328, Attn: Grace Daniell, Tax Director.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

NASD
(Fed. ID# 53-0088710)
By: /s/ Armstrong Duffield
J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

```
 1 │ LOIS I. BRADY (Bar No. 127596)
   │ Chapter 7 Trustee
 2 │ P.O. Box 12754
   │ Oakland, CA 94604
 3 │ (510) 452-6498
   │ (510) 452-6599 fax
 4 │ loisbrady@sbcglobal.net
 5 │ In Propria Persona
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                              ) Case No: 01-41564-T-7
                                    ) Chapter 7
KERAVISION INC                      )
                                    ) NOTICE OF UNCLAIMED DIVIDENDS
                                    )
            Debtor.                 )
_____)

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $59,658.67. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 58 | Sun Life of Canada<br>1 Sun Life Executive Park<br>Wellesley Hills MA 02481 | 6,757.55 |
| 21 | Recall Northern California<br>PO Box 101184<br>Atlanta GA 30392-1184 | 1,297.93 |
| 59 | Shred-It<br>1538 Gladding Court<br>Milpitas CA 95035 | 338.44 |
| 143 | NASD<br>Finance Dept<br>9509 Keywest Ave<br>Rockville MD 20850 | 21,000.46 |
| 152 | Kemper Insurance Co.<br>C/O T Kellan Grant<br>225 2 Wacker Dr | 3,987.01 |

| | | | |
|---|---|---|---|
| 1 | | Chicago IL 60606 | |
| 2 | 68 | Health Canada Sante Canada | 111.97 |
| 3 | | Hpb Bldg 7<br>Tunney's Pasture<br>Ottawa On K1a 0l2 Canada | |
| 4 | | | |
| 5 | 39 | Video Monitoring Services<br>330 W 42nd St<br>New York NY 10036 | 304.14 |
| 6 | | | |
| 7 | 159 | Central Distribution Co.<br>Pmb 552<br>13659 Victory Blvd<br>Van Nuys CA 91408 | 3,359.18 |
| 9 | 196 | Leonardo Del Mundo<br>32925 Monrovia St<br>Union City CA 94587 | 1,263.45 |
| 11 | 175 | RazorFish Inc.<br>101 Main Street #9<br>Cambridge, MA 02142-1519 | 7,838.08 |
| 13 | 208 | Paul Karpecki OD<br>11115 W 109th St<br>Overland Park KS 66210 | 4,711.43 |
| 15 | 316 | Technology Distribution Systems<br>645 Dado St<br>San Jose CA 95131 | 2,985.75 |
| 18 | 156 | Mas Enterprises<br>7263 Spoonbill Lane<br>Carlsbad CA 92009 | 3,359.18 |
| 20 | 211 | Margaret Hand<br>31816 Robert<br>Thousand Palms CA 92276 | 216.62 |
| 22 | 177 | Heidi Paulsen<br>2451 Nw Norwood Pl<br>Camas WA 98607 | 2,127.48 |

The total of the unclaimed dividends is $59,658.67.

Dated: February 28, 2007

*Lois I. Brady*
Lois I. Brady
Chapter 7 Trustee

# LIMITED POWER OF ATTORNEY

      NASD, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

      Principal appoints J. Armstrong Duffield of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

## Only to recover cash or cash equivalents which belong to the Principal in the amount of 21,000.46

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

      This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

      Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

**PRINCIPAL:**
NASD

By: _[signature] Grace E. Daniell_

Title: _Tax Director_

**PRINCIPAL'S ADDRESS:**
9509 Keywest Ave
Rockville, MD 20850

Federal ID _53-0088710_

## ACKNOWLEDGMENT

STATE OF _Maryland_ )

COUNTY OF _Montgomery_ )

      Before me, the undersigned a Notary Public, in and for said County and State on this _27th_ day of _April_, 2007, personally appeared _Grace E. Daniell_ of NASD, as it's _Tax Director_, to me known to be the identical person who subscribed his/her name to the foregoing instrument and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

      In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: _1/1/11_

Notary _[signature] Sharon L. Thompson_

Sharon L. Thompson, Notary Public
Montgomery County
State of Maryland
My Commission Expires 1/1/11

- 4 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Keravision, Inc. | ) Case No 01-41564 )  )  ) ) Chapter 7 |
| Debtor(s) | ) ) |

**AFFIDAVIT OF SERVICE**

Notice is hereby given to the court that on (date) May 9, 2007 a copy of this application claiming funds in the amount of $21,000.46, on behalf of (creditor/claimant) NASD, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Signature of Petitioner

5/9/2007

J. Armstrong Duffield on behalf of NASD
Type or Print Name of Petitioner

3855 S. Boulevard, Suite 200
Edmond, OK 73013-5473
Mailing Address

9509 Key West Avenue
Rockville, MD
20850-3329
tel 240 386 5328
fax 240 386 5406
grace.daniell@nasd.com



**Grace E. Daniell**
Tax Director

Case: 01-41564   Doc# 467   Filed: 05/29/07   Entered: 05/30/07 15:16:17   Page 7 of 10

# Certificate of Authority to Act for
# NASD

I, the undersigned, __Eileen M. Famiglietti__ , as __SVP & Corporate Controller__ of
                        NAME                                      TITLE

NASD, do hereby certify that Grace Daniell, Tax Director of NASD, has the authority to act on behalf of NASD in all matters for NASD, not to exceed $21,000.46.

IN WITNESS HEREOF, I have hereunto signed my name this __8th__ day of __May__, 2007.

                                          NASD

*Eileen M. Famiglietti*

Corporate seal
N/A

Notary Statement

## ACKNOWLEDGMENT

STATE OF __Maryland__ )
COUNTY OF __Montgomery__

    Before me, the undersigned a Notary Public, in and for said County and State on this __8th__ day of __May__, 2007, personally appeared __Eileen M. Famiglietti__ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its __SVP & Corp. Controller__ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

    In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:        Notary *Sharon L. Thompson*
__1/1/11__

Sharon L. Thompson, Notary Public
Montgomery County
State of Maryland
My Commission Expires 1/1/11

| Regulatory Consolidation | Rules & Regulation | Regulatory Enforcement | Education & Programs | Regulatory Systems | Arbitration & Mediation | Investor Information |

About NASD | Press Room | Registration & Qualifications | Regulatory Services | Resources | Career Opportunities | Site Map | Contact Us

**Top Search Phrases**

broker check
nasd rules
web crd
variable annuities
dispute resolution
class shares
first command
sec rule 15c3-1
equity indexed annuities
nasd series

**Top Search Keywords**

rules
broker
capital
mutual
arbitration
financial
crd
check
fund
series

Home > Search



Advanced Search   Search Tips

Eileen M. Famiglietti

Powered by Google

Searched for '**Eileen M. Famiglietti**'    Results 1 - 10 of about 11. Search took **0.12** seconds.

1 2 Next>                                         Sort by date / Sort by relevance

**NASD - About NASD - Officers**
... **Eileen M. Famiglietti** Senior Vice President and Corporate Controller. David **M.**
FitzGerald Senior Vice President and Deputy Chief Hearing Officer. ...
www.nasd.com/AboutNASD/CorporateInformation/NASDLeadership/Officers/ - 39k - Cached

**NASD - Rules & Regulation - Officers**
... **Eileen M. Famiglietti** Senior Vice President and Corporate Controller. David **M.**
FitzGerald Senior Vice President and Deputy Chief Hearing Officer. ...
www.nasd.com/RulesRegulation/NoticestoMembers/2004NoticestoMembers/NASDW_012757
- 64k - Cached

**NASD - Rules & Regulation - Officers**
... **Eileen M. Famiglietti** Senior Vice President and Corporate Controller. David **M.**
FitzGerald Senior Vice President and Deputy Chief Hearing Officer. ...
www.nasd.com/RulesRegulation/NoticestoMembers/1997NoticestoMembers/NASDW_012757
- 64k - Cached

**NASD - Rules & Regulation - Officers**
... **Eileen M. Famiglietti** Senior Vice President and Corporate Controller. David **M.**
FitzGerald Senior Vice President and Deputy Chief Hearing Officer. ...
www.nasd.com/RulesRegulation/NoticestoMembers/2002NoticestoMembers/NASDW_012757
- 64k - Cached

[PDF] **financials 2000**
Page 1. NASD financials 2000 Page 2. Page 3. NASD financials 2000 THE NATIONAL
ASSOCIATION OF SECURITIES DEALERS , INC . c ONSOLIDATED ...
www.nasd.com/web/groups/corp_comm/documents/home_page/nasdw_009758.pdf - 2004-
10-24 - Text Version

[PDF] **For the securities industry as for our nation, a year that ...**
... (I NCREASE ) NASD F ULLY N ASDAQ I NCREASE IN D ECREASE IN C ONSOLIDATED
O WNERSHIP
D ILUTED S HARES O WNED C ONSOLIDATED **M** INORITY I NCREASE IN C ASH ...
www.nasd.com/web/groups/corp_comm/documents/home_page/nasdw_009757.pdf - 2004-
10-24 - Text Version

[PDF] **NASD Annual Report-7.29.03**
... (I NCREASE ) NASD F ULLY NASDAQ I NCREASE IN D ECREASE IN C ONSOLIDATED
O WNERSHIP
D ILUTED S HARES O WNED C ONSOLIDATED **M** INORITY I NCREASE IN C ASH ...
www.nasd.com/web/groups/corp_comm/documents/home_page/nasdw_009754.pdf - 2004-
10-24 - Text Version

[PDF] **NASD Year in Review and Annual Financial Report 2006**
Page 1. moving into a new era of regulation Year in Review and Annual Financial
Report 2006 Page 2. Letter from the Chairman and CEO 2 ...
www.nasd.com/web/groups/corp_comm/documents/home_page/nasdw_019044.pdf - 2007-
05-10 - Text Version

[PDF] **2003 ANNUAL FINANCIAL REPORT**
Page 1. 2003 ANNUAL FINANCIAL REPORT Page 2. This Annual Financial Report
and the information contained herein may not be used or ...

# American Property Locators, Inc.

3855 S. Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968  
duffield@apl-inc.om

(800) 730-4343  
direct (405) 341-9001

May 9, 2007

U.S. Bankruptcy Court  
NORTHERN DISTRICT OF CALIFORNIA  
Financial Services Section  
Office of the Clerk  
235 Pine Street  
San Francisco, CA 94104

**VIA PRIORITY MAIL**

Attn: Toni Taylor     Re: NORTHERN DISTRICT OF CALIFORNIA  
APPLICATION FOR ORDER DIRECTING  
PAYMENTOF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Taylor:

Enclosed is an Application for Order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 01-41564 |
| Debtor: | Keravision, Inc. |
| Creditor/Claimant: | NASD |
| Amount: | $21,000.46 |

Also, **enclosed is a copy of the Trustee's Notice of Unclaimed Dividends**. Please forward a file stamped copy of the application and order along with the payment for this entity to the undersigned at the above address. Thank you for your assistance in this matter.

Sincerely,

J. Armstrong Duffield

JAD  
Enclosures