UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED

MAY 29 2007

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re:

    Keravision Inc.

          Debtor(s)

Case No: 01-41564-T-7

## ORDER TO PAY UNCLAIMED FUNDS

    It appearing that the check made payable to Paul Karpecki OD, in the amount of $4,711.43 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

    It further appearing that Paul Karpecki C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,711.43, to:

    Paul Karpecki
    C/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027-0125.

Dated: 5/29/07

                                            United States Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Keravision Inc.

Case No: 01-41564-T-7

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Paul Karpecki, claimant, hereby petitions the Court for $4,711.43, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Paul Karpecki OD, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Paul Karpecki OD at 11115 W. 109th St., Overland Park, KS 66210. That address is no longer valid. The change of address prevented delivery of the original dividend check. Exhibit A is evidence that Paul Karpecki once used that address.

The Creditor's mailing address at the time the claim was filed with the Court was:
Paul Karpecki OD
11115 W. 109th St.
Overland Park, KS 66210

The claimant's current mailing address is:
Paul Karpecki
3050 Helmsdale Place 8107
Lexington, KY 40509
913-338-1907
Last four digits of SS#/Tax ID: 8495

Dated: 5/9/2007

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027-0125
(425) 836-5728

Subscribed and Sworn Before Me this 9 day of May, 20 07.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

2

| | | |
|---|---|---|
| 1 | LOIS I. BRADY (Bar No. 127596) | |
| | Chapter 7 Trustee | |
| 2 | P.O. Box 12754 | |
| | Oakland, CA 94604 | |
| 3 | (510) 452-6498 | |
| | (510) 452-6599 fax | |
| 4 | loisbrady@sbcglobal.net | |



FILED
MAR - 1 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In Propria Persona

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No: 01-41564-T-7
        ) Chapter 7
KERAVISION INC )
        ) NOTICE OF UNCLAIMED DIVIDENDS
        )
        Debtor. )

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $59,658.67. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS | |
|---|---|---|---|
| 58 | Sun Life of Canada<br>1 Sun Life Executive Park<br>Wellesley Hills MA 02481 | 6,757.55 | ← RD |
| 21 | Recall Northern California<br>PO Box 101184<br>Atlanta GA 30392-1184 | 1,297.93 | ← JH |
| 59 | Shred-It<br>1538 Gladding Court<br>Milpitas CA 95035 | 338.44 | ✓ |
| 143 | NASD<br>Finance Dept<br>9509 Keywest Ave<br>Rockville MD 20850 | 21,000.46 | ← RD |
| 152 | Kemper Insurance Co.<br>C/O T Kellan Grant<br>225 2 Wacker Dr | 3,987.01 | ← JH |

| | | | |
|---|---|---|---|
| 1 | | Chicago IL 60606 | |
| 2 | 68 | Health Canada Sante Canada<br>Hpb Bldg 7 | 111.97 |
| 3 | | Tunney's Pasture<br>Ottawa On K1a 0l2 Canada | |
| 5 | 39 | Video Monitoring Services<br>330 W 42nd St<br>New York NY 10036 | 304.14 |
| 7 | 159 | Central Distribution Co.<br>Pmb 552<br>13659 Victory Blvd<br>Van Nuys CA 91408 | 3,359.18 ←JH |
| 9 | 196 | Leonardo Del Mundo<br>32925 Monrovia St<br>Union City CA 94587 | 1,263.45 ←RD |
| 11 | 175 | RazorFish Inc.<br>101 Main Street #9<br>Cambridge, MA 02142-1519 | 7,838.08 ←JH |
| 13 | 208 | Paul Karpecki OD<br>11115 W 109th St<br>Overland Park KS 66210 | 4,711.43 ←JH |
| 16 | 316 | Technology Distribution Systems<br>645 Dado St<br>San Jose CA 95131 | 2,985.75 ←RD |
| 18 | 156 | Mas Enterprises<br>7263 Spoonbill Lane<br>Carlsbad CA 92009 | 3,359.18 ←RD |
| 20 | 211 | Margaret Hand<br>31816 Robert<br>Thousand Palms CA 92276 | 216.62 |
| 22 | 177 | Heidi Paulsen<br>2451 Nw Norwood Pl<br>Camas WA 98607 | 2,127.48 ←JH |

The total of the unclaimed dividends is $59,658.67.

Dated: February 28, 2007

*Lois I. Brady* (signature)
Lois I. Brady
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Keravision Inc.

Debtor(s)

Case: 01-41564-T-7

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Paul Karpecki** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,711.43** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Paul Karpecki

May 4, 20 07
Date

Tax ID: XXX-XX-8495

### ACKNOWLEDGMENT

STATE OF KY )          COUNTY OF Fayette )

On this 4th day of May, 2007, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Paul Karpecki, known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Ooo Bhatt_

Residing at Lexington, KY

My Commission expires 4/21/09

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Keravision Inc. <br><br> Debtor(s) | Case No: 01-41564-T-7 <br><br> Chapter 7 <br><br> AFFIDAVIT OF SERVICE |

Notice is hereby given that on 5/9/2007 a copy of the Application claiming funds in the amount of $4,711.43, on behalf of Paul Karpecki, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/9/2007

*[signature]*

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027





License has the address listed on it:

11115 w. 109th St.

Nidek Podcasts Episode #2 [12:29m]: Play Now | Play in Popup | Download

**About this Post**
Permalink | Trackback | Email to a Friend | Print This Article | Leave a Comment

# #1, Ocular Photography: Getting The Picture. Paul Karpecki OD, FAAO

Posted on April 4, 2007 | Filed Under Podcasts



Dr. Karpecki, OD, FAAO, graduated from Indiana University and completed a fellowship in Cornea and Refractive Surgery at Hunkeler Eye Centers in affiliation with Pennsylvania College of Optometry in 1994. He served as Director of Research for Moyes Eye Clinic in Kansas City, where he ran one of the largest dedicated dry eye clinics in the Midwest. He is now Director of Research, Cornea and External Disease, at the Cincinnati Eye Institute, the largest ophthalmology clinic in the United States. He has lectured in more than 300 symposia covering four continents and is the first optometrist to be invited to join the top 25 dry eye experts in the world and the National Eye Institute's dry eye committee at the Delphi International Society at the Johns Hopkins Wilmer Eye Institute.

A noted educator and author, Dr. Karpecki lectures on the topics of new technology, surgical advancements and therapeutics, with an emphasis on cornea and external disease. He serves on seven professional journal editorial boards. He is Education Advisor and a contributing author for the Review of Optometry and also writes that journal's Review and Research column.

He can be reached at the Cincinnati Eye Institute at 859-402-2814, or by email at Paulk-vc@kc.rr.com

# Kansas Licensed Optometrists
## Updated 04/23/2007

| Last Name | First Name | MI | License Number | License Type | License Issue Date | Glaucoma License Issue Date | License Expires |
|---|---|---|---|---|---|---|---|
| Abbey | Miles | M. | 1444-3 | TPA | 08/25/95 | 12/10/99 | 05/31/07 |
| Abbey | Mindy | L. | 1416 | TPA | 09/19/94 | * | 05/31/07 |
| Abbey | Stewart | L. | 0943-3 | TPA | 07/18/87 | 12/22/98 | 05/31/07 |
| Abbey | Wade | D. | 1387-3 | TPA | 08/31/93 | 07/15/05 | 05/31/07 |
| Abbott | Caleb | G. | 0978-3 | TPA | 07/18/87 | 04/14/05 | 05/31/07 |
| Abbott | Gary | L. | 1180-2 | TPA | 07/18/87 | | 05/31/07 |
| Agpoon | Robin | A. | 1501 | TPA | 08/30/97 | 01/24/02 | 05/31/08 |
| Akers | Jerold | E. | 0957-3 | TPA | 07/18/87 | 03/12/01 | 05/31/08 |
| Aldridge | Karen | S. | 1369-3 | TPA | 07/25/92 | 10/28/98 | 05/31/08 |
| Ammel | Kathleen | V. | 1729 | TPA | 12/27/05 | 12/27/05 | 05/31/08 |
| Amos | David | M. | 1001-3 | TPA | 08/06/68 | 12/09/98 | 05/31/08 |
| Amos | John | F. | 0952 | TPA | 07/65 | | 05/31/07 |
| Andersen | John | M. | 1014-2 | TPA | 06/16/70 | * | 05/31/07 |
| Anderson | Curtis | R. | 1131-3 | TPA | 07/18/87 | 04/14/05 | 05/31/07 |
| Anderson | Julie | B. | 1611 | TPA | 12/06/01 | 12/06/01 | 05/31/08 |
| Anderson | Misha | A. | 1710 | TPA | 07/16/05 | 07/16/05 | 05/31/08 |
| Anderson | Thomas | L | 1675 | TPA | 07/10/04 | 07/10/04 | 05/31/07 |
| Arensberg | W. Christopher | | 1319 | TPA | 07/27/90 | * | 05/31/08 |
| Arnold | Christopher | W. | 1732 | TPA | 07/15/06 | 07/15/06 | 05/31/07 |
| Arnold | Robert | J. | 1015-2 | TPA | 07/18/87 | * | 05/31/07 |
| Aurich | Lawrence | A | 1730 | TPA | 02/06/06 | 02/06/06 | 05/31/07 |
| Ayre | Douglas | D. | 1472-3 | TPA | 09/17/96 | 04/26/00 | 05/31/07 |
| Baalman | Kent | L. | 1293 | TPA | 07/28/89 | * | 05/31/07 |
| Bachand | Nicci | R. | 1613 | TPA | 07/13/02 | 07/13/02 | 05/31/07 |
| Baker | Andrea | J. | 1521 | TPA | 08/04/98 | * | 05/31/08 |
| Baker | Tad | D. | 1502-3 | TPA | 08/30/97 | 12/05/00 | 05/31/08 |
| Ball | Douglas | E. | 1044-3 | TPA | 06/19/73 | 10/28/98 | 05/31/08 |
| Banninger | Christopher | A. | 1676 | TPA | 07/10/04 | 07/10/04 | 05/31/08 |
| Barash | Amy | H. | 1590-3 | TPA | 07/18/01 | 11/02/06 | 05/31/08 |
| Barkley | Jefferson | W. | 1345 | TPA | 09/28/91 | * | 05/31/07 |
| Barth | Jeneé | E | 1644 | TPA | 07/26/03 | 07/26/03 | 05/31/07 |
| Bartholomew | Steven | B. | 1232-3 | TPA | 06/21/86 | 04/22/99 | 05/31/08 |
| Bartimus | Christina | A | 1645 | TPA | 07/26/03 | 07/26/03 | 05/31/08 |
| Bealmear | John | M. | 0973-2 | TPA | 07/18/87 | | 05/31/08 |
| Beatty | Eric | S | 1760 | TPA | 11/14/02 | 11/14/06 | 05/31/07 |
| Beaver | Gary | L. | 1294-3 | TPA | 07/28/89 | 07/25/03 | 05/31/07 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jittawait | P. Joe | | 1569 | TPA | 07/26/00 | 07/26/00 | 05/31/08 |
| Johannes | Matthew | E. | 1552 | TPA | 07/13/99 | 07/13/99 | 05/31/07 |
| Johnson | Cheriè | A. | 1483-3 | TPA | 09/17/96 | 05/13/04 | 05/31/07 |
| Johnson | Jennifer | P. | 1464-3 | TPA | 08/25/96 | 09/09/98 | 05/31/07 |
| Johnson | Jim | A. | 1354-3 | TPA | 07/25/91 | 10/21/04 | 05/31/08 |
| Johnson | Kyle | D. | 1687 | TPA | 07/10/04 | 07/10/04 | 05/31/07 |
| Johnson | Wesley | D. | 1308 | TPA | 07/28/89 | * | 05/31/08 |
| Jones | Stacey | R | 1657 | TPA | 07/26/03 | 07/26/03 | 05/31/08 |
| Joyce | Gary | L. | 0932-2 | TPA | 07/18/87 | | 05/31/07 |
| Joyce | Gregory | P. | 1112-3 | TPA | 07/18/87 | 10/28/99 | 05/31/08 |
| Joyce | Roger | N. | 1281-3 | TPA | 06/17/88 | 10/28/99 | 05/31/08 |
| Judd | Mark | A. | 1484-3 | TPA | 09/17/96 | 02/10/00 | 05/31/07 |
| Juenemann | Ronald | J. | 1399-3 | TPA | 08/31/93 | 09/09/98 | 05/31/08 |
| Julian | Lori | D. | 1576 | TPA | 07/26/00 | 07/26/00 | 05/31/08 |
| Jury | James | S. | 1282 | TPA | 06/17/88 | * | 05/31/08 |
| Kannarr | Shane | R. | 1699 | TPA | 07/10/04 | 07/10/04 | 05/31/07 |
| Karpecki | Paul | M. | 1454 | TPA | 08/25/95 | | 05/31/07 |
| Kater | Bruce | A. | 1239-2 | TPA | 06/01/86 | * | 05/31/07 |
| Katzer | John | T. | 1706 | TPA | 11/24/04 | 11/24/04 | 05/31/07 |
| Keefer | Michael | J. | 1283-3 | TPA | 06/17/88 | 09/09/98 | 05/31/08 |
| Keele | Andrea | R | 1754 | TPA | 07/15/06 | 07/15/06 | 05/31/07 |
| Keller | Michael | J. | 1553 | TPA | 07/13/99 | 07/13/99 | 05/31/08 |
| Kelly | Kyle | W. | 1309-3 | TPA | 07/28/89 | 01/23/03 | 05/31/08 |
| Kennard | Marla | G. | 1598 | TPA | 07/18/01 | 07/18/01 | 05/31/07 |
| Kennel | Melinda | K. | 1728 | TPA | 11/29/05 | 11/29/05 | 05/31/08 |
| Kessen | Lois Vierthaler | | 1378-3 | TPA | 07/25/92 | 07/09/04 | 05/31/07 |
| Kessler | Joseph | L. | 1485 | TPA | 09/17/96 | | 05/31/08 |
| Keusler | Melissa | R. | 1465-3 | TPA | 08/25/95 | 01/23/03 | 05/31/08 |
| Kinderknecht | Travis | L. | 1554 | TPA | 07/13/99 | 07/13/99 | 05/31/07 |
| King | Brett | J. | 1532-3 | TPA | 08/04/98 | 10/21/04 | 05/31/08 |
| Kirk | Debra | L. | 1486-3 | TPA | 09/17/96 | 10/21/04 | 05/31/08 |
| Kissling | Charles | W. | 1209-3 | TPA | 07/18/87 | 02/11/99 | 05/31/07 |
| Kitchen | Eric | P. | 1222-2 | TPA | 07/18/87 | | 05/31/08 |
| Klassen | Roger | A. | 1429-3 | TPA | 09/19/94 | 07/15/05 | 05/31/08 |
| Kleinsasser | Kelsey | J. | 1570 | TPA | 07/26/00 | 07/26/00 | 05/31/07 |
| Klenklen | Paul | | 1455 | TPA | 08/25/95 | | 05/31/08 |
| Klim | Jane | M. | 1240-3 | TPA | 04/30/88 | 04/12/07 | 05/31/08 |
| Klopfenstein | Jeanne | F. | 1333-3 | TPA | 07/27/90 | 10/21/04 | 05/31/08 |
| Knaak | Sean | C. | 1688 | TPA | 07/10/04 | 07/10/04 | 05/31/08 |
| Kohake | Cecil | B. | 1102-3 | TPA | 06/27/77 | 04/22/99 | 05/31/07 |
| Krannawitter | Lea | A. | 1571 | TPA | 07/26/00 | 07/26/00 | 05/31/07 |



| Last Name | First Name | Middle Name | SSN | Company Name | | Reference Code: |
|---|---|---|---|---|---|---|
| KARPECKI | paul | | | | | |
| Street Address | | City | State | Zip | License Number | |
| | | | ks | | | |

Output Type:  ● Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Search completed

Records: 1 to 4 of 4

SEARCH: Last Name: KARPECKI First Name: paul State: ks

Edit Search | New Search

**All**                                 **Professional Licenses**


Name - PAUL M KARPECKI
Address - 11115 W 109TH ST, OVERLAND PARK KS 66210-1289
SSN -
Sex -
Phone -

License Number - T03195
License State - Missouri
License Type - OPTOMETRIST
Profession/Board - OPTOMETRIST
License Status - Active Not Expired
Issue Date - Aug 26, 1994
Expiration Date - Oct 31, 2004
Last Renewal Date -
Date Last Seen - Jul 1, 2004

Name - PAUL M KARPECKI
Address - 11115 W 109TH ST, OVERLAND PARK KS 66210-1289
SSN -
Sex -
Phone -

License Number - T03195
License State - Missouri
License Type - OPTOMETRIST
Profession/Board - OPTOMETRIST
License Status - Active Not Expired
Issue Date - Aug 26, 1994
Expiration Date - Oct 31, 2004
Last Renewal Date -
Date Last Seen - May 15, 2003

Name - PAUL M KARPECKI
Address - 11115 W 109TH ST, OVERLAND PARK KS 66210-1289
SSN -
Sex -
Phone -

License Number - T03195
License State - Missouri
License Type - OPTOMETRIST
Profession/Board - OPTOMETRIST
License Status - Active Not Expired
Issue Date - Aug 26, 1994
Expiration Date - Oct 31, 2004
Last Renewal Date -
Date Last Seen - Jan 15, 2004


Name - PAUL M KARPECKI
Address -
SSN -
Sex -
Phone -

License Number - 1454
License State - Kansas
License Type - OPTOMETRIST
Profession/Board - OPTOMETRIST
License Status - ACTIVE
Issue Date - Aug 25, 1995
Expiration Date - May 31, 2005
Last Renewal Date -
Date Last Seen - Oct 31, 2005

SEARCH: Last Name: KARPECKI First Name: paul State: ks

Edit Search | New Search