**Entered on Docket
June 19, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 18 2007
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

KERAVISION, INC.         ) CASE NO. 01-41564 LJT
                         )
            Debtor,      ) ORDER FOR PAYMENT OF
                         ) UNCLAIMED DIVIDENDS

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $3,359.18, constituting an unclaimed dividend, be paid to ARTHUR & MARITA SPRINGER.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of:

ARTHUR & MARITA SPRINGER
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

Dated: 6/18/07

_U.S. Bankruptcy Court Judge_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
KERAVISON, INC ) CASE NO: 01-41564 LJT
)
      Debtor, ) MOTION FOR RELEASE OF
) UNCLAIMED FUNDS
)

There having been a dividend check in the amount of $3,359.18 issued in the above case to creditor MAS ENTERPRISES, and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received because the business was discontinued and the sole owners of the dba "MAS ENTERPRISES," Arthur & Marita Springer, changed their address. See certified declaration attached.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $3,359.18 to:

      ARTHUR & MARITA SPRINGER
      C/O ASSET RECOVERY TRUST
      P.O. Box 4296
      Costa Mesa, CA 92628

Dated: 5-12-07

Respectfully submitted,

Al Melone (locator)
ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100

LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
P.O. Box 12754
Oakland, CA 94604
(510) 452-6498
(510) 452-6599 fax
loisbrady@sbcglobal.net

In Propria Persona

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

KERAVISION INC

Debtor.

Case No: 01-41564-T-7
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $59,658.67. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 58 | Sun Life of Canada<br>1 Sun Life Executive Park<br>Wellesley Hills MA 02481 | 6,757.55 |
| 21 | Recall Northern California<br>PO Box 101184<br>Atlanta GA 30392-1184 | 1,297.93 |
| 59 | Shred-It<br>1538 Gladding Court<br>Milpitas CA 95035 | 338.44 |
| 143 | NASD<br>Finance Dept<br>9509 Keywest Ave<br>Rockville MD 20850 | 21,000.46 |
| 152 | Kemper Insurance Co.<br>C/O T Kellan Grant<br>225 2 Wacker Dr | 3,987.01 |

FILED
MAR - 1 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

| | | | |
|---|---|---|---|
| 1 | | Chicago IL 60606 | |
| 2 | 68 | Health Canada Sante Canada<br>Hpb Bldg 7<br>Tunney's Pasture<br>Ottawa On K1a 0l2 Canada | 111.97 |
| 5 | 39 | Video Monitoring Services<br>330 W 42nd St<br>New York NY 10036 | 304.14 |
| 7 | 159 | Central Distribution Co.<br>Pmb 552<br>13659 Victory Blvd<br>Van Nuys CA 91408 | 3,359.18 |
| 10 | 196 | Leonardo Del Mundo<br>32925 Monrovia St<br>Union City CA 94587 | 1,263.45 |
| 12 | 175 | RazorFish Inc.<br>101 Main Street #9<br>Cambridge, MA 02142-1519 | 7,838.08 |
| 14 | 208 | Paul Karpecki OD<br>11115 W 109th St<br>Overland Park KS 66210 | 4,711.43 |
| 16 | 316 | Technology Distribution Systems<br>645 Dado St<br>San Jose CA 95131 | 2,985.75 |
| 18 | 156 | Mas Enterprises<br>7263 Spoonbill Lane<br>Carlsbad CA 92009 | 3,359.18 |
| 20 | 211 | Margaret Hand<br>31816 Robert<br>Thousand Palms CA 92276 | 216.62 |
| 22 | 177 | Heidi Paulsen<br>2451 Nw Norwood Pl<br>Camas WA 98607 | 2,127.48 |

The total of the unclaimed dividends is $59,658.67.

Dated: February 28, 2007

Lois I. Brady
Chapter 7 Trustee

# LIMITED POWER OF ATTORNEY/ DECLARATION

We do hereby grant to ASSET RECOVERY TRUST, our sole true and lawful attorney-in-fact for us and in our name, place and stead, giving unto our attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that we may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

To reclaim, recover, and return unclaimed funds in the amount of **3,359.18** only, (to be divided equally between Arthur C. Springer and Marita S. Springer) less agreed upon fee, to the co-signatory below.

We do hereby grant our attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**We do hereby declare that we are rightful co-creditors of Case 01-41564 LJT, KERAVISON, INC., that our dba (MAS ENTERPRISES,) of which we are sole owners, is no longer active, that the enclosed documents evidencing our right to this dividend are true and correct copies of the originals, that we moved from 7263 Spoonbill Lane, Carlsbad, CA several years ago, that we are presently located at 26422 Modena, Laguna Hills, CA 92653, that our phone number is 949-215-2691, and that we are entitled to this unclaimed dividend.**

We certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED __4/15/2007__   SIGNED X _____

NAME ARTHUR C. SPRINGER

SIGNED X _____

NAME MARITA S. SPRINGER

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS __15th__ DAY OF __April__, 2007,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

_____
NOTARY PUBLIC IN AND FOR

The State of __California__

My Commission expires on __12/17/2008__

[SEAL]
TESS VIZON
COMM. #1535500
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Dec 17, 2008

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: KERAVISION, INC.　　　　　　CASE NO: 01-41564 LJT

Debtor(s)

**AFFIDAVIT OF SERVICE**

Notice is hereby given to the Court that on __5-12-07__ the U.S. Attorney for the Northern District of California was advised, via first class mail, of the intent of **ARTHUR & MARITA SPRINGER, fdba MAS ENTERPRISES**, to apply for the release of unclaimed funds in the above referenced case.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED __5-12-07__　　　　　SIGNED _____

　　　　　　　　　　　　　　NAME:　AL MELONE
　　　　　　　　　　　　　　ASSET RECOVERY TRUST
　　　　　　　　　　　　　　P.O. Box 4296
　　　　　　　　　　　　　　Costa Mesa, CA 92628
　　　　　　　　　　　　　　714-546-8100





# Form 1040 — U.S. Individual Income Tax Return 2000

Department of the Treasury – Internal Revenue Service

For the year Jan. 1 – Dec. 31, 2000, or other tax year beginning _____, 2000, ending _____, 20 ___  
OMB No. 1545-0074

**Label**

Your first name and initial: Arthur C.  Last name: Springer  
Your social security number: ███-██-0283

If a joint return, spouse's first name and initial: Marita S.  Last name: Springer  
Spouse's social security number: ███-██-2794

Home address (number and street): 7263 Spoonbill Lane  
City, town or post office, state, and ZIP code: Carlsbad, CA 92009

**IMPORTANT!** You must enter your SSN(s) above.

**Presidential Election Campaign**: Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: ☐ Yes ☒ No   Spouse: ☐ Yes ☒ No

## Filing Status

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ _____)

## Exemptions

- 6a ☒ Yourself.
- 6b ☒ Spouse.

No. of boxes checked on 6a and 6b: **2**

6c Dependents:
| (1) First Name, Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit |
|---|---|---|---|
| Esther Springer | ███████ | Mother | |

No. of your children on 6c who lived with you / did not live with you due to divorce or separation: 

Dependents on 6c not entered above: **1**

6d Total number of exemptions claimed: **3**

## Income

- 7. Wages, salaries, tips, etc. Attach Form(s) W-2.
- 8a. Taxable interest. Attach Schedule B if required. — **5**
- 8b. Tax-exempt interest. Do not include on line 8a.
- 9. Ordinary dividends. Attach Schedule B if required.
- 10. Taxable refunds, credits, or offsets of state and local income taxes.
- 11. Alimony received.
- 12. Business income or (loss). Attach Schedule C or C-EZ.
- 13. Capital gain or (loss). Attach Schedule D if required.
- 14. Other gains or (losses). Attach Form 4797.
- 15a. Total IRA distributions.  15b. Taxable amount.
- 16a. Total pensions and annuities.  16b. Taxable amount.
- 17. Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E.
- 18. Farm income or (loss). Attach Schedule F.
- 19. Unemployment compensation.
- 20a. Social security benefits.  20b. Taxable amount.
- 21. Other income.
- 22. Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶

## Adjusted Gross Income

- 23. IRA deduction
- 24. Student loan interest deduction
- 25. Medical savings account deduction. Attach Form 8853.
- 26. Moving expenses. Attach Form 3903.
- 27. One-half of self-employment tax. Attach Schedule SE.
- 28. Self-employed health insurance deduction
- 29. Self-employed SEP, SIMPLE, and qualified plans
- 30. Penalty on early withdrawal of savings
- 31a. Alimony paid. b Recipient's SSN ▶
- 32. Add lines 23 through 31a.
- 33. Subtract line 32 from line 22. This is your **adjusted gross income** ▶

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.  
IF0US1 11/07/00  
Form **1040** (2000)

Form 1040 (2000) Arthur C. and Marita S. Springer                                    9283 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 |
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | |
| **Standard Deduction for Most People** | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | |
| Single: $4,400 | 36 | Enter your itemized deductions from Schedule A, line 28, or standard deduction shown on the left. But see page 31 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 |
| Head of household: $6,450 | 37 | Subtract line 36 from line 34 | 37 |
| Married filing jointly or Qualifying widow(er): $7,350 | 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 |
| Married filing separately: $3,675. | 40 | Tax (see page 32). Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972 | 40 |
| | 41 | Alternative minimum tax. Attach Form 6251 | 41 |
| | 42 | Add lines 40 and 41 ▶ | 42 |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Att. Form 2441 | 44 | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| | 47 | Child tax credit (see page 36) | 47 | |
| | 48 | Adoption credit. Attach Form 8839 | 48 | |
| | 49 | Other. Check if from  a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) _____ | 49 | |
| | 50 | Add lines 43 through 49. These are your **total credits** | 50 |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 |
| **Other Taxes** | 52 | Self-employment tax. Att. Sch. SE | 52 |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 |
| | 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 |
| | 55 | Advance earned income credit payments from Form(s) W-2 | 55 |
| | 56 | Household employment taxes. Attach Schedule H | 56 |
| | 57 | Add lines 51 through 56. This is your **total tax** ▶ | 57 |
| **Payments** | 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 | |
| | 59 | 2000 estimated tax payments and amount applied from 1999 return | 59 | |
| If you have a qualifying child, attach Schedule EIC. | 60a | Earned income credit (EIC) | 60a | |
| | b | Nontaxable earned income: amt. ▶ _____ and type ▶ _____ | | |
| | 61 | Excess social security and RRTA tax withheld (see page 50) | 61 | |
| | 62 | Additional child tax credit. Attach Form 8812 | 62 | |
| | 63 | Amount paid with request for extension to file (see page 50) | 63 | |
| | 64 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | 64 | |
| | 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | 65 |
| **Refund** Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 |
| | 67a | Amount of line 66 you want **refunded to you** ▶ | 67a |
| | b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | |
| | d | Account number _____ | |
| | 68 | Amount of line 66 you want applied to your 2001 estimated tax ▶ | 68 |
| **Amount You Owe** | 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the amount you owe. For details on how to pay, see page 51 ▶ | 69 |
| | 70 | Estimated tax penalty. Also include on line 69 | 70 |

**Sign Here**
Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 3-16-2000 | Your occupation Marketing Consulta | Daytime phone number 760-603-1897 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. Marita Springer | Date 3/16/2000 | Spouse's occupation Consultant | May the IRS discuss this return with the preparer shown below? (see page 52)?  ☐ Yes  ☐ No |

**Paid Preparer's Use Only**

| Preparer's signature ▶ Stephen G. Ramirez | Date 3-16-2001 | Check if self-employed ☒ | Preparer's SSN or PTIN 6003 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Stephen G. Ramirez, CPA 8886 Clairemont Mesa, Suite I San Diego, CA 92123 | EIN 6003 | |
| | | Phone no. (858) 292-0101 | |

IF0US1A 11/22/00                                                                                Form 1040 (2000)

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2000**

Attachment Sequence No. **09**

Name of proprietor: Arthur C. Springer
Social security number (SSN): ▓▓▓-▓▓-0283

**A** Principal business or profession, including product or service (see page C-1 of the instructions)
Marketing Consulting

**B** Enter code from pages C-7 & 8 ▶ 541600

**C** Business name. If no separate business name, leave blank.
MAS Enterprises

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2000? If "No," see page C-2 for limit on losses ... ☒ Yes ☐ No

**H** If you started or acquired this business during 2000, check here ......... ▶ ☐

## Part I — Income

1. Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ ... **1** [redacted]
2. Returns and allowances ... **2**
3. Subtract line 2 from line 1 ... **3** [redacted]
4. Cost of goods sold (from line 42 on page 2) ... **4**
5. Gross profit. Subtract line 4 from line 3 ... **5** [redacted]
6. Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) ... **6**
7. Gross income. Add lines 5 and 6 ... ▶ **7** [redacted]

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| Line | Item | Amount | Line | Item | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | | 19 | Pension and profit-sharing plans | |
| 9 | Bad debts from sales or services (see page C-3) | | 20 | Rent or lease (see page C-4): | |
| | | | a | Vehicles, machinery & equipment | |
| 10 | Car and truck expenses (see page C-3) | [redacted] | b | Other business property | |
| 11 | Commissions and fees | | 21 | Repairs and maintenance | |
| 12 | Depletion | | 22 | Supplies (not included in Part III) | [redacted] |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | [redacted] | 23 | Taxes and licenses | [redacted] |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | a | Travel | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | | b | Meals and entertainment | [redacted] |
| 15 | Insurance (other than health) | | c | Enter nondeductible amount included on line 24b (see page C-5) | [redacted] |
| 16 | Interest: | | d | Subtract line 24c from line 24b | [redacted] |
| a | Mortgage (paid to banks, etc.) | | 25 | Utilities | |
| b | Other | | 26 | Wages (less employment credits) | |
| 17 | Legal and professional services | | 27 | Other expenses (from line 48 on page 2) | |
| 18 | Office expense | | | | |

28. Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ **28** [redacted]
29. Tentative profit (loss). Subtract line 28 from line 7 ... **29** [redacted]
30. Expenses for business use of your home. Attach Form 8829 ... **30**
31. Net profit or (loss). Subtract line 30 from line 29.
    - If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
    - If a loss, you must go to line 32.
    **31** [redacted]
32. If you have a loss, check the box that describes your investment in this activity (see page C-5).
    - If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
    - If you checked 32b, you must attach Form 6198.
    32a ☐ All investment is at risk.
    32b ☐ Some investment is not at risk.

▶ Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2000

IF0US4 11/08/00

# California Fictitious Business Names

Reference #:   Search Date: Monday, April 09, 2007
Query: Business Name -   MAS ENTERPRISES

Database: SAN DIEGO COUNTY FICTITIOUS BUSINESS NAMES
Data Thru:
File #: 97005263
File date: 02/26/1997
Business: **MAS ENTERPRISES**
Address: 1315 CAMINITO DIADEMA LA JOLLA , 92037
County: SAN DIEGO
Phone: 6194562720

Owner: SPRINGER ARTHUR
1315 CAMINITO DIADEMA, LA JOLLA CA 92037
Business Type: INDIVIDUAL

Owner: SPRINGER MARITA
1315 CAMINITO DIADEMA, LA JOLLA CA 92037
Business Type: INDIVIDUAL

Business data provided by American Business Information (R),
d/b/a County Data Corp., Omaha Nebraska, Copyright (c) 1998, All Rights Reserved

Record Number: 1 of 1



"Al Melone"
<amelone@earthlink.net>
06/01/2007 07:56 PM

To <Toni_Taylor@canb.uscourts.gov>
cc
bcc
Subject RE: 01-41564---Keravision

Ultimately, the answer would be yes.

As of today, no. As already disclosed, this is a defunct dba. They could go back to Carlsbad and go through the trouble and expense of re-opening a bank account they closed, hoping the bank still had the dba statement and records.

MAS, by the way, is an acronym for Marita and Arthur Springer. This was their old dba, they are still married, living together. There was no corporation involved here, this is their money.

The above is typical of 99.9% of all the defunct dba applications you and all other courts receive from all locators over the years.

Al

-----Original Message-----
From: Toni_Taylor@canb.uscourts.gov
[mailto:Toni_Taylor@canb.uscourts.gov]
Sent: 06/01/2007 12:27 PM
To: amelone@earthlink.net
Subject: 01-41564---Keravision


Your Client: MAS Enterprises

Al:

Would your clients be able to cash a check made out to MAS Enterprises?

Toni

_____ NOD32 2299 (20070530) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com



"Al Melone" <amelone@earthlink.net>
06/01/2007 07:56 PM

To <Toni_Taylor@canb.uscourts.gov>
cc
bcc
Subject RE: 01-41564---Keravision

Ultimately, the answer would be yes.

As of today, no. As already disclosed, this is a defunct dba. They could go back to Carlsbad and go through the trouble and expense of re-opening a bank account they closed, hoping the bank still had the dba statement and records.

MAS, by the way, is an acronym for Marita and Arthur Springer. This was their old dba, they are still married, living together. There was no corporation involved here, this is their money.

The above is typical of 99.9% of all the defunct dba applications you and all other courts receive from all locators over the years.

Al

-----Original Message-----
From: Toni_Taylor@canb.uscourts.gov
[mailto:Toni_Taylor@canb.uscourts.gov]
Sent: 06/01/2007 12:27 PM
To: amelone@earthlink.net
Subject: 01-41564---Keravision


Your Client: MAS Enterprises

Al:

Would your clients be able to cash a check made out to MAS Enterprises?

Toni

_____ NOD32 2299 (20070530) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com